```
 1  BRENDA MOODY WHINERY (#010677)
    United States Trustee
 2  District of Arizona

 3  RENEE SANDLER SHAMBLIN (#017473)
    Trial Attorney
 4  Post Office Box 36170
    Phoenix, Arizona  85067-6170
 5  (602) 640-2100
```

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INTERNATIONAL FIBERCOM, INC., an | ) | Case Nos. 02-02143-ECF-RJH |
| Arizona corporation, et. al., | ) | through 02-02163-ECF-RJH |
| | ) | |
| | ) | All Cases Jointly |
| | ) | Administered Under Case No. |
| | ) | B-02-02143-ECF-RJH |
| | ) | |
| | ) | APPOINTMENT OF COMMITTEE |
| | ) | OF UNSECURED CREDITORS |
| Debtors. | ) | |

Pursuant to 11 U.S.C. §§ 1102(a) and 1102(b)(1), the following creditors of the above-captioned debtors, being among those holding the largest unsecured claims and who are willing to serve, are appointed to the committee of unsecured creditors:

1. Premier Fiber Technologies, LLC
   Attn: Kevin Smith
   1201 Howard Ave., #203
   Burlingame, CA  94010
   (650) 558-1125

2. Pirelli Cables and Systems USA, LLC
   Attn: Mark Brandenburg
   246 Stoneridge Drive, 4th Fl.
   Columbia, SC  29210
   (803) 951-1016

3. Von Behren Electric, Inc.
   Attn: Kevin Von Behren
   3131 Stanton Ave.
   Springfield, IL  62703
   (217) 529-9473

. . .

```
 1         4.   Graybar Electric Co.
                Attn: Steve Beckmann
 2              2050 Nancy Hanks Dr.
                Norcross, GA  30091
 3              (678) 291-5141

 4         5.   Bailey Boring, Inc.
                Attn: Terry Bailey
 5              1008 Southview Circle
                Center, TX  75935
 6              (936) 598-8587

 7         6.   Goldsmith Construction Co., Inc.
                Attn: William Goldsmith
 8              2683 Lime Ave.
                Signal Hill, CA  90806
 9              (562) 595-5975

10         7.   Aztec Cable and Communication, Inc.
                Attn: Teresita Wright
11              2730 E. County Rd. 18
                Loveland, CO  80537
12              (970) 278-9494
```

                                        Respectfully submitted,

                                        BRENDA MOODY WHINERY
                                        United States Trustee
                                        District of Arizona


Dated:   February 21, 2002.        /s/ Renee Sandler Shamblin
                                        RENEE SANDLER SHAMBLIN
                                        Trial Attorney


Copies of the foregoing mailed to
the creditors appointed as listed
above, and the following this date:
February 21, 2002:

Robert J. Miller
Bryan Cave, LLP
Two N. Central Avenue, Suite 2200
Phoenix, AZ 85004
Attorney for Debtors


   /s/ Christine Dior

- 2 -