ELIZABETH C. AMOROSI (#010755)
Acting United States Trustee
District of Arizona

TRUDY A. NOWAK (NY #2066181)
Trial Attorney
Post Office Box 36170
Phoenix, Arizona 85067-6170
(602) 640-2100

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>INTERNATIONAL FIBERCOM, INC., an<br><br><br><br><br><br><br>Debtors. | Chapter 11<br><br>Case No. B-02-02143-ECF-RJH<br>through B-02-02163-ECF-RJH<br><br>All Cases Jointly<br>Administered Under Case No.<br>B-02-02143-ECF-RJH<br><br>AMENDED<br>APPOINTMENT OF COMMITTEE<br>OF UNSECURED CREDITORS |

On February 21, 2002, the United States Trustee appointed a committee of unsecured creditors in the above captioned matter. Due to the resignation of Premier Fiber Technologies, LLC, the United States Trustee hereby amends the list of creditors appointed to the committee of unsecured creditors as follows:

1. Pirelli Cables and Systems USA, LLC
   Attn: Mark Brandenburg
   246 Stoneridge Drive, 4th Fl.
   Columbia, SC 29210
   (803) 951-1016

2. Von Behren Electric, Inc.
   Attn: Kevin Von Behren
   3131 Stanton Ave.
   Springfield, IL 62703
   (217) 529-9473

3. Graybar Electric Co.
   Attn: Steve Beckmann
   2050 Nancy Hanks Dr.
   Norcross, GA 30091
   (678) 291-5141

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 | 4. | Bailey Boring, Inc.<br>Attn: Terry Bailey<br>1008 Southview Circle<br>Center, TX  75935<br>(936) 598-8587 |
| 3 |   |   |
| 4 |   |   |
| 5 | 5. | Goldsmith Construction Co., Inc.<br>Attn: William Goldsmith<br>2683 Lime Ave.<br>Signal Hill, CA  90806<br>(562) 595-5975 |

```
         4.   Bailey Boring, Inc.
              Attn:  Terry Bailey
              1008 Southview Circle
              Center, TX   75935
              (936) 598-8587

         5.   Goldsmith Construction Co., Inc.
              Attn:  William Goldsmith
              2683 Lime Ave.
              Signal Hill, CA  90806
              (562) 595-5975

         6.   Aztec Cable and Communication, Inc.
              Attn:  Teresita Wright
              2730 E. County Rd. 18
              Loveland, CO  80537
              (970) 278-9494

                                Respectfully submitted,

                                ELIZABETH C. AMOROSI
                                Acting United States Trustee
                                District of Arizona


Dated:    September 24, 2002.        _____
                                     TRUDY A. NOWAK
                                     Trial Attorney

Copies of the foregoing mailed to
the creditors appointed as listed
above, and the following this date:
September 24, 2002:

Robert J. Miller
Bryan Cave, LLP
Two N. Central Avenue, Suite 2200
Phoenix, AZ 85004
Attorney for Debtors

Carolyn J. Johnsen
Gallagher & Kennedy
2575 E. Camelback Rd., 11th Fl.
Phoenix, AZ 85016
Attorney for Unsecured Creditors' Committee

Premier Fiber Technologies, LLC
Attn: Kevin Smith
1201 Howard Ave., #203
Burlingame, CA 94010
```

- 2 -